THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GARY WATLAND,<br><br>      Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., an Georgia Corporation,<br><br>      Defendant. | No. 2:20-cv-00393-JLR<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Noted for consideration:<br>March 24, 2020 |

This matter having come before the Court on the parties' Stipulated Motion for Extension to Time to File Response to the Complaint and the Court finding good cause exists to grant this motion, it is hereby ordered:

Defendant LexisNexis Risk Solutions, Inc. ("LNRS") shall respond to Plaintiff's Complaint on or before April 1, 2020.

IT IS SO ORDERED

Dated this 24th day of March, 2020.

                        _____
                        JAMES L. ROBART
                        United States District Judge