# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GARY WATLAND, | CASE NO. C20-0393JLR |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendant. | |

This action is assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number C20-0393JLR-TLF. The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Theresa Fricke all motions to amend or supplement the

ORDER - 1

pleadings under Federal Rule of Civil Procedure 15 and all motions related to discovery disputes, including but not limited to motions to compel discovery, motions for a protective order related to discovery, and motions related to issues of privilege. *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Theresa Fricke's rulings concerning the above-described discovery motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court also hereby refers to Magistrate Judge Theresa Fricke for preparation of a report and recommendation all motions (1) for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b); (2) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge Theresa Fricke files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge Theresa Fricke for the specific purposes and types of motions described

//

//

//

herein.  The court further DIRECTS and EMPOWERS Magistrate Judge Theresa Fricke to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

Dated this 30th day of March, 2020.

JAMES L. ROBART
United States District Judge